IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 13-4082MWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | FEBRUARY STATUS REPORT |
| | ) | |
| LEVON DEAN, . | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Levon Dean, by and through his attorney, Alan G. Stoler, and submits the following February 2014 status report:

Counsel was recently appointed, has met with client, and is awaiting discovery from the U.S. Attorney's Office for review and analysis:

Counsel is aware of a pretrial motion filing date, which counsel may seek a continuance of based upon the amount of discovery represented;

Trial is currently scheduled for date certain and counsel will make every effort to be ready for trial, if necessary;

Length of Trial is unknown at this time.

WHEREFORE Dean files his February, 2014 status report.

> LEVON DEAN, Defendant.
> BY: /s/ Alan G. Stoler
> Alan G. Stoler, P.C., L.L.O.
> 1823 Harney St, Ste. 1004
> Omaha, NE 68102
> (402) 346-1733

CERTIFICATE OF SERVICE

The above Status Report has been filed ECF on February 5, 2014. with service to Forde Fairchild.

/s/ Alan G. Stoler