IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR 13-4082-MWB |
| vs. | |
| JAMAL DEAN and LEVON DEAN, | VERDICT FORM |
| Defendants. | |

## I. DEFENDANT JAMAL DEAN

As to defendant Jamal Dean, we, the Jury, find as follows:

| COUNT 1: CONSPIRACY TO COMMIT ROBBERIES INTERFERING WITH COMMERCE ||
|---|---|
| **Step 1:** Verdict | On the offense of "conspiracy to commit robberies interfering with commerce," as charged in **Count 1** of the Indictment, and explained in Instruction No. 5, please indicate your verdict. *(If you find defendant Jamal Dean "not guilty" of this offense, do not answer the questions in Steps 2 and 3. Instead, go on to consider your verdict on Count 2. If you find this defendant "guilty" of this offense, go on to consider the additional questions concerning Count 1 in Steps 2 and 3.)* |
| | ___ Not Guilty           X Guilty |
| **Step 2:** Crime(s) That The Conspirators Agreed To Commit | If you found defendant Jamal Dean "guilty" in **Step 1**, please indicate which one or more of the following crimes the conspirators agreed to commit. *(After answering this question, please go on to consider the question in Step 3.)* |
| | X a robbery of "J.R." |
| | X a robbery of "C.B." |
| | ___ a robbery of one or more other drug traffickers |

1

| Step 3: "Overt Act(s)" | If you found defendant Jamal Dean "guilty" in Step 1, please indicate which one or more "overt acts" you unanimously agree were committed by one or more co-conspirators in furtherance of the conspiracy. (When you have answered the questions in this step, please go on to consider your verdict as to Jamal Dean on Count 2.) |
|---|---|
| | ___ Sometime before April 15, 2013, Jamal Dean and Levon Dean acquired a semiautomatic Mossberg .22 caliber rifle and ammunition |
| | _X_ Sometime before April 15, 2013, Jamal Dean, Levon Dean, and others discussed robbing individual drug traffickers |
| | ___ Sometime before April 15, 2013, Jamal Dean, Levon Dean, and others began identifying individual drug traffickers that could be robbed |
| | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others traveled from a house within South Sioux City, Nebraska, with the semiautomatic Mossberg .22 caliber rifle, to J.R.'s motel room at the Palmer House Motel in Sioux City, Iowa |
| | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others entered J.R.'s Palmer House Motel room in Sioux City, Iowa, with the semiautomatic Mossberg .22 caliber rifle |
| | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others demanded drugs and cash from J.R. |
| | _X_ On or about April 15, 2013, Jamal Dean struck J.R. with the semiautomatic Mossberg .22 caliber rifle |
| | ___ On or about April 15, 2013, Jamal Dean threatened to shoot J.R. with the semiautomatic Mossberg .22 caliber rifle if J.R. did not surrender his methamphetamine, cash, mobile phone, motor vehicle, and other property |
| | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others took and obtained, and attempted to take and obtain, methamphetamine, cash, a mobile phone, a motor vehicle, and other property from J.R. |
| | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others returned to South Sioux City, Nebraska, in J.R.'s motor vehicle, after the robbery of J.R. |
| | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others traveled from a residence within South Sioux City, Nebraska, with the semiautomatic Mossberg .22 caliber rifle, to C.B.'s residence in Sioux City, Iowa |
| | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others entered C.B.'s residence in Sioux City, Iowa, with the semiautomatic Mossberg .22 caliber rifle |
| | ___ On or about April 24, 2013, Jamal Dean, Levon Dean, and others demanded that C.B. turn out and empty his pockets |
| | ___ On or about April 24, 2013, Levon Dean gestured to Jamal Dean, who was carrying the semiautomatic Mossberg .22 caliber rifle, and indicated to C.B. that they were seriously threatening C.B. and not playing around |

2

| | |
|---|---|
| | _X_ On or about April 24, 2013, Jamal Dean struck C.B. with the semiautomatic Mossberg .22 caliber rifle |
| | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others took and obtained, and attempted to take and obtain, methamphetamine, cash, and other property from C.B. |
| | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others returned to South Sioux City, Nebraska, in C.B.'s motor vehicle, after the robbery of C.B. |
|  | **COUNT 2: ROBBERY INTERFERING WITH COMMERCE** |
| **Step 1:** Verdict | On the offense of "robbery interfering with commerce," on or about April 15, 2013, of "J.R.," as charged in **Count 2** of the Indictment, please indicate your verdict. (*If you find defendant Jamal Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on **Count 3**. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning **Count 2** in Step 2.*) |
| | ___ Not Guilty      _X_ Guilty |
| **Step 2:** Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1*, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 7; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense. |
| | _X_ personally committing this offense |
| | _X_ aiding and abetting this offense |
| | _X_ both personally committing and aiding and abetting this offense |
|  | **COUNT 3: ROBBERY INTERFERING WITH COMMERCE** |
| **Step 1:** Verdict | On the offense of "robbery interfering with commerce," on or about April 24, 2013, of "C.B.," as charged in **Count 3** of the Indictment, please indicate your verdict. (*If you find defendant Jamal Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on **Count 4**. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning **Count 3** in Step 2.*) |
| | ___ Not Guilty      _X_ Guilty |
| **Step 2:** Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1*, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 7; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense. |

|  | X personally committing this offense |  |
|---|---|---|
|  | X aiding and abetting this offense |  |
|  | X both personally committing and aiding and abetting this offense |  |
|  | **COUNT 4: CARJACKING** | |
| **Step 1:** Verdict | On the offense of "carjacking," on or about April 15, 2013, alleging the taking of a 2011 Kia Optima from "J.R.," as charged in **Count 4** of the Indictment, please indicate your verdict. (*If you find defendant Jamal Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on Count 5. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning Count 4 in Step 2.*) | |
|  | ___ Not Guilty | X Guilty |
| **Step 2:** Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 8; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense.* | |
|  | ___ personally committing the offense | |
|  | X aiding and abetting the offense | |
|  | ___ both personally committing and aiding and abetting the offense | |
|  | **COUNT 5: CARJACKING** | |
| **Step 1:** Verdict | On the offense of "carjacking," on or about April 24, 2013, alleging the taking of a 2000 Chevrolet Impala and/or a 1998 Chevrolet Malibu from "C.B.," as charged in **Count 5** of the Indictment, please indicate your verdict. (*If you find defendant Jamal Dean "not guilty" of this offense, do not answer the questions in Step 2. Instead, go on to consider your verdict on Count 6. If you find this defendant "guilty" of this offense, go on to consider the additional questions concerning Count 5 in Step 2.*) | |
|  | X Not Guilty | ___ Guilty |
| **Step 2:** Vehicle(s) Taken and Alternative(s) | *If you answered "yes" in Step 1, please indicate (a) which one or more vehicles Jamal Dean took and, for each vehicle taken, (b) whether Jamal Dean personally took the vehicle, aided and abetted another to take the vehicle, or both. (When you have answered the questions in this step, please go on to consider your verdict on Count 6.)* | |

| | | |
|---|---|---|
| (a) | ___ 2000 Chevrolet Impala | ___ 1998 Chevrolet Malibu |
| (b) | ___ by personally taking the vehicle | ___ by personally taking the vehicle |
| | ___ by aiding and abetting another to take the vehicle | ___ by aiding and abetting another to take the vehicle |
| | ___ by both personally taking the vehicle and aiding and abetting another to take the vehicle | ___ by both personally taking the vehicle and aiding and abetting another to take the vehicle |

**COUNT 6: BRANDISHING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE**

| | |
|---|---|
| Step 1: Verdict | On the offense of "brandishing a firearm in furtherance of a crime of violence," on or about April 15, 2013, as charged in **Count 6**, alleging brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in **Count 2** and the "carjacking" offense charged in **Count 4**, please indicate your verdict. (*If you find defendant Jamal Dean "not guilty" of this offense or if, after all reasonable efforts to reach a verdict, you enter "no verdict" in this step, do not answer the questions in Steps 2 and 3. Instead, skip to Step 4. If you find defendant Jamal Dean "guilty" of this offense, answer only the questions in Step 2 and 3, then go on to consider your verdict on Count 7.*) |
| | _X_ Guilty     ___ Not guilty     ___ No Verdict |
| Step 2: Violent Crime(s) Furthered | *If you found defendant Jamal Dean "guilty" in Step 1, please indicate whether you find him guilty of brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in Count 2; the "carjacking" offense charged in Count 4, or both. (When you have answered the question in this step, please go on to consider the question in Step 3.)* |
| | _X_ the "robbery interfering with commerce" offense charged in **Count 2** |
| | _X_ the "carjacking" offense charged in **Count 4** |
| | _X_ both |
| Step 3: Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" the offense, as explained in the "Charged Offense" section of Instruction No. 9; "aiding and abetting" the offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" the offense. (Do not answer the question in Step 4. Instead, go on to consider your verdict on Count 7.)* |

5

| | X personally committing this offense | |
|---|---|---|
| | ___ aiding and abetting this offense | ↓ |
| | ___ both personally committing and aiding and abetting this offense | |
| Step 4: "Lesser-Included Offense" | If you found defendant Jamal Dean "not guilty" of the charged offense or if, after all reasonable efforts to reach a verdict, you entered "no verdict" in Step 1, please (a) indicate your verdict on the "lesser-included offense" of "possessing a firearm in furtherance of a crime of violence," as explained in the "Lesser-Included Offense" section of Instruction No. 9, and, if you find him "guilty," (b) indicate whether he "personally committed" the "lesser-included offense," "aided and abetted" it, or both. (*When you have answered the question in this step, please go on to consider your verdict on Count 7.*) | |
| (a) | ___ Not Guilty | ___ Guilty |
| (b) | | ___ personally committing this offense |
| | | ___ aiding and abetting this offense |
| | | ___ both personally committing and aiding and abetting this offense |

**COUNT 7: BRANDISHING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE**

| Step 1: Verdict | On the offense of "brandishing a firearm in furtherance of a crime of violence," on or about April 24, 2013, as charged in **Count 7**, alleging brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in **Count 3** and the "carjacking" offense charged in **Count 5**, please indicate your verdict. (*If you find defendant Jamal Dean "not guilty" of this offense or if, after all reasonable efforts to reach a verdict, you enter "no verdict" in this step, do not answer the questions in Steps 2 or 3. Instead, skip to Step 4. If you find defendant Jamal Dean "guilty" of this offense, answer only the questions in Steps 2 and 3, then go on to consider your verdict on Count 8.*) | | |
|---|---|---|---|
| | X Guilty | ___ Not guilty | ___ No Verdict |
| | ↓ | | |
| Step 2: Violent Crime(s) Furthered | If you found defendant Jamal Dean "guilty" in **Step 1**, please indicate whether you find him guilty of brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in **Count 3**; the "carjacking" offense charged in **Count 5**, or both. (*When you have answered the question in this step, please go on to consider the question in Step 3.*) | | |

6

| | | |
|---|---|---|
| | **X** the "robbery interfering with commerce" offense charged in **Count 3** | |
| | ___ the "carjacking" offense charged in **Count 5** | |
| | ___ both | |
| Step 3: Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" the offense, as explained in the "Charged Offense" section of Instruction No. 9; "aiding and abetting" the offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" the offense. (Do not answer the question in Step 4. Instead, go on to consider your verdict on Count 8.)* | |
| | **X** personally committing this offense | |
| | ___ aiding and abetting this offense | |
| | ___ both personally committing and aiding and abetting this offense | |
| Step 4: "Lesser-Included Offense" | *If you found defendant Jamal Dean "not guilty" of the charged offense or if, after all reasonable efforts to reach a verdict, you entered "no verdict" in Step 1, please (a) indicate your verdict on the "lesser-included offense" of "possessing a firearm in furtherance of a crime of violence," as explained in the "Lesser-Included Offense" section of Instruction No. 9, and, if you find him "guilty," (b) indicate whether he "personally committed" the "lesser-included offense," "aided and abetted" it, or both. (When you have answered the question in this step, please go on to consider your verdict on Count 8.)* | |
| (a) | ___ Not Guilty | ___ Guilty |
| (b) | | ___ personally committing this offense |
| | | ___ aiding and abetting this offense |
| | | ___ both personally committing and aiding and abetting this offense |
| **COUNT 8: PROHIBITED POSSESSION OF A FIREARM AND AMMUNITION** | | |
| Step 1: Verdict | On the offense of "prohibited possession of a firearm and ammunition," as charged in **Count 8** of the Indictment, please indicate your verdict. *(If you find defendant Jamal Dean "not guilty" of this offense, do not answer the questions in Steps 2, 3, and 4. Instead, go on to consider your verdict on Count 9. If you find this defendant "guilty" of this offense, go on to consider the additional questions concerning Count 8 in Steps 2, 3, and 4.)* | |
| | ___ Not Guilty | **X** Guilty |

7

| | |
|---|---|
| **Step 2:** Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 10; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense. (After answering this question, please go on to Step 3.)* |
| | X personally committing the offense |
| | X aiding and abetting the offense |
| | X both personally committing and aiding and abetting the offense |
| **Step 3:** Prohibited Status(es) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of prohibited possession based on his prior felony conviction, his illegal drug use (and whether he used methamphetamine, marijuana, or both), or both his prior felony conviction and his use of illegal drugs. (After answering this question, please go on to Step 4.)* |
| | X prior conviction of a felony offense |
| | X illegal drug use (involving use of X methamphetamine, X marijuana, or X both methamphetamine and marijuana) |
| | X both a prior conviction and illegal drug use (involving use of X methamphetamine, X marijuana, or X both methamphetamine and marijuana) |
| **Step 4:** Item(s) Possessed | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of prohibited possession of a semiautomatic Mossberg .22 caliber rifle, ammunition, or both the rifle and the ammunition. (After answering this question, please go on to consider your verdict on Count 9.)* |
| | X a semiautomatic Mossberg .22 caliber rifle |
| | X ammunition |
| | X both the rifle and the ammunition |
| **COUNT 9: INTERSTATE TRANSPORTATION OF A STOLEN MOTOR VEHICLE** ||
| **Step 1:** Verdict | On the offense of "interstate transportation of a stolen motor vehicle," on or about April 15, 2013, alleging interstate transportation of a stolen 2011 Kia Optima, as charged in **Count 9** of the Indictment, please indicate your verdict. *(If you find defendant Jamal Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on Count 10. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning Count 9 in Step 2.)* |
| | X Not Guilty     ___ Guilty |

8

| Step 2: Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 11; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense.* |
|---|---|
| | ___ personally committing the offense |
| | ___ aiding and abetting the offense |
| | ___ both personally committing and aiding and abetting the offense |
| **COUNT 10: INTERSTATE TRANSPORTATION OF A STOLEN MOTOR VEHICLE** | |
| Step 1: Verdict | On the offense of "interstate transportation of a stolen motor vehicle," on or about April 24, 2013, alleging the interstate transportation of a stolen 1998 Chevrolet Malibu, as charged in Count 10 of the Indictment, please indicate your verdict. *(If you find defendant Jamal Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, please read the Certification below, sign the Verdict Form and notify the Court Security Officer that you have reached a verdict. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning Count 10 in Step 2.)* |
| | ___ Not Guilty      ___ Guilty |
| Step 2: Alternative(s) | *If you found defendant Jamal Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 11; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense. (After answering this question, please read the Certification below, sign this part of the Verdict Form, then go on to consider your verdict on the charges against defendant Levon Dean.)* |
| | ___ personally committing the offense |
| | ___ aiding and abetting the offense |
| | ___ both personally committing and aiding and abetting the offense |
| **CERTIFICATION** | |
| By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant was not involved in reaching his or her individual decision, and that the individual juror would have returned the same verdict for or against the defendant on the charged offenses regardless of the race, color, religious beliefs, national origin, or sex of the defendant. | |

(Count 10 section is crossed out with a large X)

8-29-14
_____
Date

/s/

## II. DEFENDANT LEVON DEAN

As to defendant Levon Dean, we, the Jury, find as follows:

| COUNT 1: | CONSPIRACY TO COMMIT ROBBERIES INTERFERING WITH COMMERCE |
|---|---|
| **Step 1:** Verdict | On the offense of "conspiracy to commit robberies interfering with commerce," as charged in **Count 1** of the Indictment, and explained in Instruction No. 5, please indicate your verdict. (*If you find defendant Levon Dean "not guilty" of this offense, do not answer the questions in Steps 2 and 3. Instead, go on to consider your verdict on Count 2. If you find this defendant "guilty" of this offense, go on to consider the additional questions concerning Count 1 in Steps 2 and 3.*) |
| | ___ Not Guilty      **X** Guilty |
| **Step 2:** Crime(s) The Conspirators Agreed To Commit | *If you found defendant Levon Dean "guilty" in Step 1, please indicate which one or more of the following crimes the conspirators agreed to commit. (After answering this question, please go on to consider the question in Step 3.)* |
| | **X** a robbery of "J.R." |
| | **X** a robbery of "C.B." |
| | ___ a robbery of one or more other drug traffickers |
| **Step 3:** "Overt Act(s)" | *If you found defendant Levon Dean "guilty" in Step 1, please indicate which one or more "overt acts" you unanimously agree were committed by one or more co-conspirators in furtherance of the conspiracy. (When you have answered the questions in this step, please go on to consider your verdict as to Jamal Dean on Count 2.)* |
| | ___ Sometime before April 15, 2013, Jamal Dean and Levon Dean acquired a semiautomatic Mossberg .22 caliber rifle and ammunition |
| | **X** Sometime before April 15, 2013, Jamal Dean, Levon Dean, and others discussed robbing individual drug traffickers |
| | ___ Sometime before April 15, 2013, Jamal Dean, Levon Dean, and others began identifying individual drug traffickers that could be robbed |
| | **X** On or about April 15, 2013, Jamal Dean, Levon Dean, and others traveled from a house within South Sioux City, Nebraska, with the semiautomatic Mossberg .22 caliber rifle, to J.R.'s motel room at the Palmer House Motel in Sioux City, Iowa |
| | **X** On or about April 15, 2013, Jamal Dean, Levon Dean, and others entered J.R.'s Palmer House Motel room in Sioux City, Iowa, with the semiautomatic Mossberg .22 caliber rifle |

11

|  |  |
|---|---|
|  | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others demanded drugs and cash from J.R. |
|  | _X_ On or about April 15, 2013, Jamal Dean struck J.R. with the semiautomatic Mossberg .22 caliber rifle |
|  | ___ On or about April 15, 2013, Jamal Dean threatened to shoot J.R. with the semiautomatic Mossberg .22 caliber rifle if J.R. did not surrender his methamphetamine, cash, mobile phone, motor vehicle, and other property |
|  | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others took and obtained, and attempted to take and obtain, methamphetamine, cash, a mobile phone, a motor vehicle, and other property from J.R. |
|  | _X_ On or about April 15, 2013, Jamal Dean, Levon Dean, and others returned to South Sioux City, Nebraska, in J.R.'s motor vehicle, after the robbery of J.R. |
|  | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others traveled from a residence within South Sioux City, Nebraska, with the semiautomatic Mossberg .22 caliber rifle, to C.B.'s residence in Sioux City, Iowa |
|  | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others entered C.B.'s residence in Sioux City, Iowa, with the semiautomatic Mossberg .22 caliber rifle |
|  | ___ On or about April 24, 2013, Jamal Dean, Levon Dean, and others demanded that C.B. turn out and empty his pockets |
|  | ___ On or about April 24, 2013, Levon Dean gestured to Jamal Dean, who was carrying the semiautomatic Mossberg .22 caliber rifle, and indicated to C.B. that they were seriously threatening C.B. and not playing around |
|  | _X_ On or about April 24, 2013, Jamal Dean struck C.B. with the semiautomatic Mossberg .22 caliber rifle |
|  | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others took and obtained, and attempted to take and obtain, methamphetamine, cash, and other property from C.B. |
|  | _X_ On or about April 24, 2013, Jamal Dean, Levon Dean, and others returned to South Sioux City, Nebraska, in C.B.'s motor vehicle, after the robbery of C.B. |
|  | **COUNT 2: ROBBERY INTERFERING WITH COMMERCE** |
| **Step 1:** Verdict | On the offense of "robbery interfering with commerce," on or about April 15, 2013, of "J.R.," as charged in **Count 2** of the Indictment, please indicate your verdict. *(If you find defendant Levon Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on **Count 3**. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning **Count 2** in **Step 2**.)* |
|  | ___ Not Guilty      _X_ Guilty |

| | |
|---|---|
| Step 2: Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 7; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense.* |
| | ___ personally committing this offense |
| | **X** aiding and abetting this offense |
| | ___ both personally committing and aiding and abetting this offense |

| COUNT 3: ROBBERY INTERFERING WITH COMMERCE ||
|---|---|
| Step 1: Verdict | On the offense of "robbery interfering with commerce," on or about April 24, 2013, of "C.B.," as charged in **Count 3** of the Indictment, please indicate your verdict. (*If you find defendant Levon Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on Count 4. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning Count 3 in Step 2.*) |
| | ___ Not Guilty      **X** Guilty |
| Step 2: Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 7; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense.* |
| | **X** personally committing this offense |
| | **X** aiding and abetting this offense |
| | **X** both personally committing and aiding and abetting this offense |

| COUNT 4: CARJACKING ||
|---|---|
| Step 1: Verdict | On the offense of "carjacking," on or about April 15, 2013, alleging the taking of a 2011 Kia Optima from "J.R.," as charged in **Count 4** of the Indictment, please indicate your verdict. (*If you find defendant Levon Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on Count 5. If you find this defendant "guilty" of this offense, go on to consider the additional question concerning Count 4 in Step 2.*) |
| | **X** Not Guilty      ___ Guilty |

| | |
|---|---|
| **Step 2:** Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in Step 1*, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 8; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense. |
| | ___ personally committing the offense |
| | ___ aiding and abetting the offense |
| | ___ both personally committing and aiding and abetting the offense |
| **COUNT 5: CARJACKING** ||
| **Step 1:** Verdict | On the offense of "carjacking," on or about April 24, 2013, alleging the taking of a 2000 Chevrolet Impala and/or a 1998 Chevrolet Malibu from "C.B.," as charged in **Count 5** of the Indictment, please indicate your verdict. *(If you find defendant Levon Dean "not guilty" of this offense, do not answer the questions in Step 2. Instead, go on to consider your verdict on Count 6. If you find this defendant "guilty" of this offense, go on to consider the additional questions concerning Count 5 in Step 2.)* |
| | **X** Not Guilty ___ Guilty |
| **Step 2:** Vehicle(s) Taken and Alternative(s) | *If you answered "yes" in Step 1*, please indicate (a) which one or more vehicles Levon Dean took and, for each vehicle taken, (b) whether Levon Dean personally took the vehicle, aided and abetted another to take the vehicle, or both. *(When you have answered the questions in this step, please go on to consider your verdict on Count 6.)* |
| (a) | ___ 2000 Chevrolet Impala     ___ 1998 Chevrolet Malibu |
| (b) | ___ by personally taking the vehicle     ___ by personally taking the vehicle |
| | ___ by aiding and abetting another to take the vehicle     ___ by aiding and abetting another to take the vehicle |
| | ___ by both personally taking the vehicle and aiding and abetting another to take the vehicle     ___ by both personally taking the vehicle and aiding and abetting another to take the vehicle |

| COUNT 6: BRANDISHING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE ||
|---|---|
| **Step 1:** Verdict | On the offense of "brandishing a firearm in furtherance of a crime of violence," on or about April 15, 2013, as charged in **Count 6**, alleging brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in **Count 2** and the "carjacking" offense charged in **Count 4**, please indicate your verdict. (*If you find defendant Levon Dean "not guilty" of this offense or if, after all reasonable efforts to reach a verdict, you enter "no verdict" in this step, do not answer the questions in Steps 2 and 3. Instead, skip to Step 4. If you find defendant Levon Dean "guilty" of this offense, answer only the questions in Step 2 and 3, then go on to consider your verdict on Count 7.*) |
| | ___ Guilty     _X_ Not guilty     ___ No Verdict |
| **Step 2:** Violent Crime(s) Furthered | *If you found defendant Levon Dean "guilty" in Step 1*, please indicate whether you find him guilty of brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in **Count 2**; the "carjacking" offense charged in **Count 4**, or both. (*When you have answered the question in this step, please go on to consider the question in Step 3.*) |
| | ___ the "robbery interfering with commerce" offense charged in **Count 2** |
| | ___ the "carjacking" offense charged in **Count 4** |
| | ___ both |
| **Step 3:** Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in Step 1*, please indicate whether you find him guilty of "personally committing" the offense, as explained in the "Charged Offense" section of Instruction No. 9; "aiding and abetting" the offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" the offense. (*Do not answer the question in Step 4. Instead, go on to consider your verdict on Count 7.*) |
| | ___ personally committing this offense |
| | ___ aiding and abetting this offense |
| | ___ both personally committing and aiding and abetting this offense |

| | | | |
|---|---|---|---|
| **Step 4:** "Lesser-Included Offense" | *If you found defendant Levon Dean "not guilty" of the charged offense or if, after all reasonable efforts to reach a verdict, you entered "no verdict" in Step 1, please (a) indicate your verdict on the "lesser-included offense" of "possessing a firearm in furtherance of a crime of violence," as explained in the "Lesser-Included Offense" section of Instruction No. 9, and, if you find him "guilty," (b) indicate whether he "personally committed" the "lesser-included offense," "aided and abetted" it, or both. (When you have answered the question in this step, please go on to consider your verdict on Count 7.)* | | |
| (a) | ___ Not Guilty | | **X** Guilty |
| (b) | | | **X** personally committing this offense |
| | | | **X** aiding and abetting this offense |
| | | | **X** both personally committing and aiding and abetting this offense |

**COUNT 7: BRANDISHING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE**

| | | | |
|---|---|---|---|
| **Step 1:** Verdict | On the offense of "brandishing a firearm in furtherance of a crime of violence," on or about April 24, 2013, as charged in **Count 7**, alleging brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in **Count 3** and the "carjacking" offense charged in **Count 5**, please indicate your verdict. (*If you find defendant Levon Dean "not guilty" of this offense or if, after all reasonable efforts to reach a verdict, you enter "no verdict" in this step, do not answer the questions in Steps 2 or 3. Instead, skip to Step 4. If you find defendant Levon Dean "guilty" of this offense, answer only the questions in Steps 2 and 3, then go on to consider your verdict on Count 8.*) | | |
| | ___ Guilty | **X** Not guilty | ___ No Verdict |
| | ↓ | | |
| **Step 2:** Violent Crime(s) Furthered | *If you found defendant Levon Dean "guilty" in Step 1, please indicate whether you find him guilty of brandishing a firearm in furtherance of the "robbery interfering with commerce" offense charged in Count 3; the "carjacking" offense charged in Count 5, or both. (When you have answered the question in this step, please go on to consider the question in Step 3.)* | | |
| | ___ the "robbery interfering with commerce" offense charged in **Count 3** | | |
| | ___ the "carjacking" offense charged in **Count 5** | | |
| | ___ both | | |

16

| | | |
|---|---|---|
| Step 3: Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in **Step 1**, please indicate whether you find him guilty of "personally committing" the offense, as explained in the "Charged Offense" section of Instruction No. 9; "aiding and abetting" the offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" the offense. (Do not answer the question in **Step 4**. Instead, go on to consider your verdict on **Count 8**.)* | |
| | ___ personally committing this offense | |
| | ___ aiding and abetting this offense | |
| | ___ both personally committing and aiding and abetting this offense | |
| Step 4: "Lesser-Included Offense" | *If you found defendant Levon Dean "not guilty" of the charged offense or if, after all reasonable efforts to reach a verdict, you entered "no verdict" in **Step 1**, please **(a)** indicate your verdict on the "lesser-included offense" of "possessing a firearm in furtherance of a crime of violence," as explained in the "Lesser-Included Offense" section of Instruction No. 9, and, if you find him "guilty," **(b)** indicate whether he "personally committed" the "lesser-included offense," "aided and abetted" it, or both. (When you have answered the question in this step, please go on to consider your verdict on **Count 8**.)* | |
| (a) | ___ Not Guilty | X Guilty |
| (b) | | X personally committing this offense |
| | | X aiding and abetting this offense |
| | | X both personally committing and aiding and abetting this offense |
| **COUNT 8: PROHIBITED POSSESSION OF A FIREARM AND AMMUNITION** | | |
| Step 1: Verdict | On the offense of "prohibited possession of a firearm and ammunition," as charged in **Count 8** of the Indictment, please indicate your verdict. *(If you find defendant Levon Dean "not guilty" of this offense, do not answer the questions in **Steps 2, 3, and 4**. Instead, go on to consider your verdict on **Count 9**. If you find this defendant "guilty" of this offense, go on to consider the additional questions concerning **Count 8** in **Steps 2, 3, and 4**.)* | |
| | ___ Not Guilty | X Guilty |
| Step 2: Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in **Step 1**, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 10; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense. (After answering this question, please go on to **Step 3**.)* | |

17

| | | |
|---|---|---|
| | X personally committing the offense | |
| | ___ aiding and abetting the offense | |
| | ___ both personally committing and aiding and abetting the offense | |
| Step 3: Prohibited Status(es) | *If you found defendant Levon Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of prohibited possession based on his prior felony conviction, his illegal drug use (and whether he used methamphetamine, marijuana, or both), or both his prior felony conviction and his use of illegal drugs. (After answering this question, please go on to Step 4.)* | |
| | X prior conviction of a felony offense | |
| | X illegal drug use (involving use of X methamphetamine, ___ marijuana, ___ or both methamphetamine and marijuana) | |
| | X both a prior conviction and illegal drug use (involving use of X methamphetamine, ___ marijuana, or ___ both methamphetamine and marijuana) | |
| Step 4: Item(s) Possessed | *If you found defendant Levon Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of prohibited possession of a semiautomatic Mossberg .22 caliber rifle, ammunition, or both the rifle and the ammunition. (After answering this question, please go on to consider your verdict on Count 9.)* | |
| | X a semiautomatic Mossberg .22 caliber rifle | |
| | ___ ammunition | |
| | ___ both the rifle and the ammunition | |
| **COUNT 9: INTERSTATE TRANSPORTATION OF A STOLEN MOTOR VEHICLE** | | |
| Step 1: Verdict | On the offense of "interstate transportation of a stolen motor vehicle," on or about April 15, 2013, alleging interstate transportation of a stolen 2011 Kia Optima, as charged in **Count 9** of the Indictment, please indicate your verdict. *(If you find defendant Levon Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, go on to consider your verdict on Count 10. If you find this defendant guilty of this offense, go on to consider the additional question concerning Count 9 in Step 2.)* | |
| | X Not Guilty | ___ Guilty |
| Step 2: Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in Step 1, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 11; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense.* | |

|  | ___ personally committing the offense |
|---|---|
|  | ___ aiding and abetting the offense |
|  | ___ both personally committing and aiding and abetting the offense |

| COUNT 10: INTERSTATE TRANSPORTATION OF A STOLEN MOTOR VEHICLE ||
|---|---|
| **Step 1:** Verdict | On the offense of "interstate transportation of a stolen motor vehicle," on or about April 24, 2013, alleging the interstate transportation of a stolen 1998 Chevrolet Malibu, as charged in **Count 10** of the Indictment, please indicate your verdict. (*If you find defendant Levon Dean "not guilty" of this offense, do not answer the question in Step 2. Instead, please read the Certification below, sign the Verdict Form and notify the Court Security Officer that you have reached a verdict. If you find this defendant guilty of this offense, go on to consider the additional question concerning Count 10 in Step 2.*) |
|  | ___ Not Guilty      ___ Guilty |
| **Step 2:** Alternative(s) | *If you found defendant Levon Dean "guilty" of this offense in Step 1*, please indicate whether you find him guilty of "personally committing" this offense, as explained in Instruction No. 11; "aiding and abetting" this offense, as explained in Instruction No. 12; or both "personally committing" and "aiding and abetting" this offense. (*After answering this question, please read the Certification below, sign the Verdict Form, and notify the Court Security Officer that you have reached a verdict.*) |
|  | ___ personally committing the offense |
|  | ___ aiding and abetting the offense |
|  | ___ both personally committing and aiding and abetting the offense |

| CERTIFICATION |
|---|
| By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant was not involved in reaching his or her individual decision, and that the individual juror would have returned the same verdict for or against the defendant on the charged offenses regardless of the race, color, religious beliefs, national origin, or sex of the defendant. |

8-29-14
_____
Date

/s/