# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LEVON DEAN, JR., Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 13-cr-4082-2-MWB<br>Presiding Judge: Mark W. Bennett<br>Deputy Clerk: Jennifer Gill<br>Official Record: Shelly Semmler  Contract? No |

| Date: | 07/13/2017 | Start: | 9:59AM | Adjourn: | 10:06AM | Courtroom: | |
|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | Telephonic? | -- |
| Appearances: | Plaintiff: | AUSA Tim Duax | | | | | |
| | Defendant: | Alan Stoler, defendant present | | | | | |
| | U.S. Probation: | Nathan VanderMolen | | | | | |
| | Interpreter: | | Language: | | Certified: | | Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **SENTENCING:** | | | | | |

| | | | |
|---|---|---|---|
| Objections to PSIR: | | Ruling: | |
| Motions to vary/depart: | | Ruling: | |
| Count(s) dismissed: | | | |
| Sentence (See J & C): | 360 months' and 1 day incarceration. | | |
| Fine: | Waived | Special assessment: | |
| Supervised Release: | | | |
| Court's recommendations (if any): | | | |
| Defendant is | Detained. | and shall report | |

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| Miscellaneous: | Defendant was resentenced, here, after a ruling by the U.S. Supreme Court. *See* Doc. No. 411. 1 day incarceration on Counts 1, 2, 3, and 9 to run concurrent with each other but consecutive to the other counts.   All other sentencing orders will remain the same. |
|---|---|