Cr13-4082-LTS

Mr Strand,   Notice of Appeal     Aug, 17, 23

I been down since 2013. Im not perfect, but I'm not a bad person, I've been in <u>trouble</u> but nothing close to deserve 360 months I received Sir. I know at the time there was a mandatory sentence for 924(c)s but now I dont think there is Sir. If you look at my criminal history I was only convicted of (1) felony for weed thats it. I was young is there any way you can give me a <u>Second chance</u> please. My family needs me my moms having health promblems and my father is too. I dont knows whats going on with my 2255 my law<u>yer</u> hasen't told me <u>nothing</u> yet. But if theres anyway you can reduce my sentence Sir now that I've been down for so long and the new laws can you please help me.
    Thank you
        Sincerely, Levin Dean
            #13171-029

LaVon Dean #13171-029
United States Penitentiary
Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525



XRAYED US MARSHALS SERVICE

To: Judge Mr. Strand
United States District Court
320 Sixth St., Room 301
Sioux City, IA 51101-1210